IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiffs,<br><br>vs.<br><br>RAHMAN M. NABAVI, AND ISABEL M. MALLAR,<br><br>        Defendants. | 4:16CR3039<br><br>ORDER |

IT IS ORDERED:

1) The government's motion to continue, (filing no. 32), is granted.

2) The evidentiary hearing on defendants' motions to suppress, (filing nos. 24 and 25), will be held before the undersigned magistrate judge on September 12, 2016 at 9:00 a.m. in Courtroom #2, United States Courthouse, Lincoln, Nebraska. Three hours have been set aside for this hearing.

August 1, 2016.

                                                BY THE COURT:

                                                *s/ Cheryl R. Zwart*
                                                United States Magistrate Judge