IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>RAHMAN M. NABAVI and<br>ISABEL M. MALLAR,<br><br>　　　　　Defendants. | 4:16CR3039<br><br>**ORDER** |

IT IS ORDERED:

1)　Defendants' motions to continue, (filing nos. 35 and 36), are granted.

2)　Part 1 of the evidentiary hearing on defendants' motions to suppress, (filing nos. 24 and 25), will be held before the undersigned magistrate judge on October 19, 2016 at 3:00 p.m. in Courtroom #2, United States Courthouse, Lincoln, Nebraska. Two hours have been set aside for this hearing.

3)　Part 2 of the evidentiary hearing on defendants' motions to suppress, will be held before the undersigned magistrate judge on November 3, 2016 at 9:00 a.m. in Courtroom #2, United States Courthouse, Lincoln, Nebraska. Three hours have been set aside for this hearing.

September 9, 2016.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge