IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

        Plaintiffs,

vs.

RAHMAN M. NABAVI,

        Defendants.

4:16CR3039

ORDER

IT IS ORDERED:

1) Defendant's motion to review the conditions of pretrial release, (Filing No. 41), is granted.

2) The court's order setting conditions of release, (Filing No. 12), is modified as follows:

    Paragraphs (d) and (e) are modified to read "Maintain or actively seek employment or maintain or commence an educational program."

3) In addition to modified terms (d) and (e), Defendant shall comply with all other terms of the court's order setting conditions of pretrial release.

November 1, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge