IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:16-CR-3039 |
| vs. | |
| RAHMAN M. NABAVI AND ISABEL M. MALLAR, | ORDER |
| Defendants. | |

This matter is before the Court on the government's motion (filing 63) to extend the response deadline for the defendants' objections (filing 58, filing 60) to the Magistrate Judge's findings and recommendation (filing 56) that the defendants' motions to suppress (filing 24, filing 25) be denied. The motion for an extension of time is unopposed, and based on the showing set forth in the motion, the Court finds that it should be granted.

IT IS ORDERED:

1. The government's Motion for Extension of Time (filing 63) is granted.

2. The government may respond to defendant Nabavi's objection (filing 58) and defendant Mallar's motion to dismiss (filing 60) on or before April 3, 2017.

3. As to both defendants, trial of this case is continued pending resolution of the defendants' pretrial motions.

4. The ends of justice served by granting the motion to continue outweigh the interests of the public and the defendant in a speedy trial, and

    a. As to both defendants, the additional time arising as a result of the granting of the motion shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although

counsel have been duly diligent, additional time is needed to adequately address the defendants' pretrial motions and prepare this case for trial, and failing to grant additional time might result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(1) and (h)(7).

b. Failing to timely file an objection to this order as provided in the local rules of this Court will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

Dated this 13th day of March, 2017.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge