IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:16-CR-3039 |
| vs. | |
| RAHMAN M. NABAVI AND ISABEL M. MALLAR, | MEMORANDUM AND ORDER |
| Defendants. | |

This matter is before the Court on the defendants' objections (filing 58, filing 60) to the Magistrate Judge's findings and recommendation (filing 56) that the defendants' motions to suppress (filing 24, filing 25) be denied. The Court has conducted a de novo review of the motion to dismiss, pursuant to 28 U.S.C. § 636(b)(1). On its de novo review, the Court agrees with the Magistrate Judge's findings and recommendation, and will adopt them.

IT IS ORDERED:

1. The Magistrate Judge's Findings, Recommendation, and Order (filing 56) are adopted.

2. The defendants' objections (filing 58, filing 60) are overruled.

3. The defendants' motions to suppress (filing 24, filing 25) are denied.

4. This matter is referred to the Magistrate Judge for trial scheduling.

Dated this 31st day of March, 2017.

BY THE COURT:

_____
John M. Gerrard
United States District Judge