IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>RAHMAN M. NABAVI and ISABEL M. MALLAR,<br><br>　　　　　　Defendants. | **4:16CR3039**<br><br>**ORDER** |

Defendants have moved to continue their change of plea hearings. (Filing No. 82). As explained by counsel, the parties need additional time to engage in plea discussions. The motion to continue is unopposed. Based on the representations of counsel, the court finds the motion should be granted. Accordingly,

　　IT IS ORDERED:

　　1)　Defendants' motion to continue, (Filing No. 82), is granted.

　　2)　Defendant Nabavi's plea hearing will be held before the undersigned magistrate judge on November 15, 2017 at 11:00 a.m. Defendant is ordered to appear at this hearing.

　　3)　Defendant Mallar's plea hearing will be held before the undersigned magistrate judge on November 15, 2017 at 10:30 a.m. Defendant is ordered to appear at this hearing.

　　4)　For the reasons stated by counsel, the Court finds that the ends of justice served by continuing Defendant's plea hearing outweigh the best interest of Defendant and the public in a speedy trial. Accordingly, the time between today's date and the district court judge's acceptance or rejection of the anticipated plea of guilty shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(7). Failing to timely object to this order as provided under

this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

October 10, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge